[No. 21720–8–I.   Division One.   May 8, 1989.]

LOGANDALE WATER ASSOCIATION, *Appellant,* v. THE COUNTY OF KING, ET AL, *Defendants,* D.R. DOUGLAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–06288–6, Gary M. Little, J., entered January 8, 1988. *Reversed* by unpublished opinion per Webster, J., concurred in by Swanson and Scholfield, JJ.

[No. 21450–1–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD OBERLIN LOFTO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01745–8, Arthur E. Piehler, J., entered November 19, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Grosse, JJ.

[No. 21731–3–I.   Division One.   May 8, 1989.]

DARYL DEITZ, *Respondent,* v. JEANNINE CARBON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 87–2–00718–1, Harry A. Follman, J., entered January 22, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Forrest, JJ.

[No. 21389–0–I.   Division One.   May 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES JUSTIN DIERBECK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02207–1, Jerome M. Johnson, J., entered November 5, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Pekelis, JJ.